IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01023-REB-KLM

WELLS FARGO BANK N.A.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
GEORGIA CHAMBERLAIN, Garfield County Public Trustee,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Scheduling Conference** [#23][1] (the "Motion"). In the Motion, Plaintiff states that it requests that the Scheduling Conference be vacated "[i]n order to give the parties sufficient time to conduct their due diligence regarding whether the matters in this case may be resolved by stipulation and, if so, to give the parties time to draft and finalize such a stipulation . . . ." *Motion* [#23] 2. Plaintiff proposes that "[i]n the event that a stipulation dismissing this action is not filed by September 5, 2014 or the parties determine that they cannot resolve the issue in this case by stipulation, the Plaintiff will submit a status report and request the Court issue an order setting a new Scheduling Conference." *Id*. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 29, 2014, at 10:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that on or before **September 5, 2014**, the parties shall file a stipulation dismissing this action or Plaintiff shall file a status report informing the

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

Court that the parties have been unable to resolve this action and requesting that the Court reset the Scheduling Conference.

    Dated:  July 23, 2014